## Gustave W. Borkland, Appellee, v. L. A. Goodman Manufacturing Company, Appellant.

### Gen. No. 45,688.

Gary, Desmond &
Parker, and Heth, Lister & Flynn, for appellant; Winston, Strawn, Black
& Towner, for appellee; Paul H. Moore, and Neil McKay, of counsel.
Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion
filed March 10, 1952; released for publication March 21, 1952.